IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 4: 11-CR-34 (CDL) |
| | : |
| **v.** | : |
| | : |
| **JASON SLAUGHTER** | : |
| _____ | : |

## CONSENT ORDER FOR CONTINUANCE

The defendant in the above-styled case was indicted on July 14, 2011, and arraigned on August 4, 2011.

In this case, the parties have represented to the Court that they are attempting to negotiate a plea.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the regularly scheduled trial term in March, 2012, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.

It is further ORDERED that the motion deadline established in the Standard Pretrial Order of August 12, 2011, shall be extended until further order of the Court.

It is the Court's finding that the ends of justice [18 U.S.C. § 3161(h)(8)(A)] served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. § 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. § 3161 (h)(8)(B)(iv)].

SO ORDERED, this 15th day of August, 2011.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE